```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RELATOR LLC,<br><br>    Plaintiff,<br><br>    -v-<br><br>HASSAN RAGAB, et al.,<br><br>    Defendants. | 23-cv-502 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On July 30, 2024, the Court issued an order confirming its ruling from the bench that dismissed with prejudice several defendants in the above-captioned case. See Order, ECF No. 30. The Court now supplements the July 30, 2024 Order to confirm that it also grants defendants' motion to dismiss with prejudice as to Uri Cohen. See Transcript of July 29, 2024 Argument.

    SO ORDERED.

New York, NY
September 18, 2024

_____
JED S. RAKOFF, U.S.D.J.

1